# Government's Exhibits 1 - 22