GOVERNMENT
EXHIBIT
1

