GOVERNMENT
EXHIBIT
7