GOVERNMENT
EXHIBIT

11