

GOVERNMENT EXHIBIT

22